# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CIT SMALL BUSINESS LENDING CORPORATION,<br><br>           Plaintiff,<br>   v.<br><br>YADVINDER K. NARANG, RAUSHANI NARANG,<br>           Defendants. | Case No.: 1:14-cv-00593-MCE-BAM<br><br>ORDER TAKING PLAINTIFF'S MOTION TO REMAND UNDER SUBMISSION |

Currently before the Court is Plaintiff's Motion to Remand. (Doc. 5.) Defendants have not opposed the motion. Local Rule 230(c) (no party is entitled to be heard unless the party files a timely opposition.) In addition to the lack of opposition, the Court has determined that the motion is suitable for decision without oral argument. *See* Local Rule 230 (g). The hearing currently set for July 3, 2014 is VACATED. As of that date, the Court will take the matter under submission. No appearance at the hearing is required.

IT IS SO ORDERED.

Dated:   **June 30, 2014**                        /s/ Barbara A. McAuliffe
                                                              UNITED STATES MAGISTRATE JUDGE

1